# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>KSERVICING WIND DOWN CORP., *et al.*,[1]<br><br>Post-Confirmation Debtors. | Chapter 11<br><br>Case No. 22-10951 (CTG)<br><br>(Jointly Administered) |
| KSERVICING WIND DOWN CORP. (f/k/a Kabbage, Inc.),<br><br>Plaintiff,<br><br>v.<br><br>ROBERT FROHWEIN, *et al.*,<br><br>Defendants. | Adv. Pro. No. 25-52372 (CTG) |

## JOINT APPENDIX FOR ALL DEFENDANTS[2]

Dated: April 9, 2026

---

[1] The post-confirmation Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: KServicing Wind Down Corp. (f/k/a Kabbage, Inc. d/b/a KServicing) (3937); KServicing Wind Down Canada Holdings LLC (f/k/a Kabbage Canada Holdings, LLC) (N/A); KServicing Wind Down Asset Securitization LLC (f/k/a Kabbage Asset Securitization LLC) (N/A); KServicing Wind Down Asset Funding 2017-A LLC (f/k/a Kabbage Asset Funding 2017-A LLC) (4803); KServicing Wind Down Asset Funding 2019-A LLC (f/k/a Kabbage Asset Funding 2019-A LLC) (8973); and KServicing Wind Down Diameter LLC (f/k/a Kabbage Diameter, LLC) (N/A). The Debtors' mailing and service address is KServicing Wind Down Corp. c/o Resolute Commercial Services, 6750 E. Camelback Road, Suite 103, Scottsdale, AZ 85251.

[2] The term "All Defendants" refers to all defendants named in the Original Complaint [Adv. D.I. 1] and includes Bennu Holdings Limited Co., Blue Run Ventures IV, LP, BRV Opportunities Fund, L.P., Curieux Limited Co., The Frohwein Family 2015 Trust, MDV IX, L.P., Raymond James & Associates, Inc. CSDN FBO Robert Frohwein RIRA U/A/D 5/27/16 A/C 2867A298, Thomvest Ventures Ltd., Donald Butler, Jonathan Ebinger, Robert Frohwein, Kathryn Petralia, and Bryan Stolle (the "D&O & Shareholder Defendants"); Alex Chulack, Reverence Capital Partners Opportunities Fund I, L.P., Reverence Capital Partners Opportunities Fund I (Cayman), L.P., RCP Kicker Co-Invest, L.P., and Reverence Capital Partners Opportunities Fund I (AI), L.P. (the "Reverence

Adam G. Landis (No. 3407)
Rebecca L. Butcher (No. 3816)
Kimberly A. Brown (No. 5138)
Katherine S. Dute (No. 6788)
**LANDIS RATH & COBB LLP**
919 Market Street, Suite 1800
Wilmington, DE  19801
(302) 467-4400
landis@lrclaw.com
butcher@lrclaw.com
brown@lrclaw.com
dute@lrclaw.com

-and-

Abigail V. O'Brient
Julia Philips Roth
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Los Angeles, CA  90067
(424) 332-4800
aobrient@cov.com
jphilipsroth@cov.com

Mark P. Gimbel
Ryan A. Partelow
Aroosa Khokher
30 Hudson Yards
New York, NY  10001
(212) 841-1000
mgimbel@cov.com
rpartelow@cov.com
akhokher@cov.com

*Attorneys for Defendants Ioannis Pipilis,
SoftBank Vision Fund (AIV M2) L.P., and
SoftBank Princeville Investments, L.P.*

Mark E. Felger (No. 3919)
Gregory F. Fischer (No. 5269)
Marla S. Benedek (No. 6638)
**COZEN O'CONNOR**
1201 N. Market Street, Suite 1001
Wilmington, DE  19801
(302) 295-2000
mfelger@cozen.com
gfischer@cozen.com
mbenedek@cozen.com

-and-

Faith E. Gay
Kelley A. Cornish
Lena Konanova
Jordan M. Harap
**SELENDY GAY PLLC**
1290 Avenue of the Americas
New York, NY  10104
(212) 390-9000
fgay@selendygay.com
kcornish@selendygay.com
lkonanova@selendygay.com
jharap@selendygay.com

*Attorneys for Defendants Robert Frohwein,
Kathryn Petralia, Don Butler, Jonathan
Ebinger, Bryan Stolle, Curieux Limited Co.,
Bennu Holdings Limited Co., Thomvest
Ventures Ltd., BlueRun Ventures IV, LP, BRV
Opportunities Fund, L.P., MDV IX, L.P., The
Frohwein Family 2015 Trust, and Raymond
James & Associates Inc. CSDN FBO Robert
Frohwein RIRA U/A/D 5/27/16 A/C
2867A298*

Defendants"); Ioannis Pipilis, SoftBank Vision Fund (AIV M2) L.P. and SoftBank PrinceVille Investments, L.P. (the "SoftBank Defendants"); Leslie Scott Askins; Spencer Robinson; and Laurie Simon Hodrick.

Philippe Adler
Jeffrey R. Wang
Kyle C. Bailey
**FRIEDMAN KAPLAN SEILER
ADELMAN & ROBBINS LLP**
7 Times Square
New York, NY  10036
(212) 833-1175
padler@fklaw.com
jwang@fklaw.com
kbailey@fklaw.com

-and-

Jeffrey J. Recher
**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY  10019
212-373-3630
jrecher@paulweiss.com

Daniel A. Mason
1313 N. Market Street, Suite 806
Wilmington, DE  19801
(302) 655-4410
dmason@paulweiss.com

*Attorneys for Defendants Alex Chulack,
Reverence Capital Partners Opportunities
Fund I, L.P., Reverence Capital Partners
Opportunities Fund I (Cayman), L.P., RCP
Kicker Co-Invest, L.P., and Reverence
Capital Partners Opportunities Fund I (AI),
L.P.*

Stephen C. Norman (No. 2686)
Jaclyn C. Levy (No. 5631)
Brett M. Haywood (No. 6166)
Wenting Wu (No. 7679)
**POTTER ANDERSON &
CORROON LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
(302) 984-6000
snorman@potteranderson.com
jlevy@potteranderson.com
bhaywood@potteranderson.com
wwu@potteranderson.com

-and-

David B. Hennes
Martin J. Crisp
Ani-Rae Lovell
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY  10036
(212) 596-9000
david.hennes@ropesgray.com
martin.crisp@ropesgray.com
ani-rae.lovell@ropesgray.com

*Attorneys for Defendant Laurie Simon
Hodrick*

[*Remainder of page intentionally left blank*]

iii

Henry W. Asbill
Christopher B. Mead
Lisa Hertzer Schertler
Brett G. Mead
Paola Pinto
**SCHERTLER ONORATO**
**MEAD SEARS & MANNING**
555 13th Street, N.W. | Suite 500 West
Washington, DC  20004
(202) 628-4199
hasbill@schertlerlaw.com
cmead@schertlerlaw.com
lschertler@schertlerlaw.com
bmead@schertlerlaw.com
ppinto@schertlerlaw.com

*Attorneys for Defendant Spencer Robinson*

Domenic Pacitti
Thomas Ayala
Michael Yurkewicz
**KLEHR HARRISON HARVEY**
**BRANZBURG LLP**
919 N. Market Street, Suite 1000
Wilmington, DE  19801
(302) 426-1189
dpacitti@klehr.com
tayala@klehr.com
myurkewicz@klehr.com

-and-

Barry J. Pollack
**HARRIS ST. LAURENT LLP**
40 Wall Street, 53rd Floor
New York, NY  10005
(212) 257-1901
bpollack@hs-law.com

*Attorneys for Defendant Leslie Scott Askins*

## TABLE OF CONTENTS

| Ex. No. | Description | App. No. |
|---|---|---|
| 1 | Joint Declaration on Behalf of All Defendants | A00001 |
| 2 | Sixth Amended and Restated Certificate of Incorporation of Kabbage, Inc. (Sep. 7, 2017) | A00013 |
| 3 | Treliant LLC, Independent BSA/AML Audit of Kabbage, Inc. (Oct. 9, 2018) | A00036 |
| 4 | Kabbage United States of America Enterprise Bank Secrecy Act / Anti-Money Laundering and Office of Foreign Assets Control Policy (July 24, 2019) | A00059 |
| 5 | Treliant LLC, Independent Enterprise BSA/AML and OFAC Audit Report (Nov. 4, 2019) | A00077 |
| 6 | Board of Directors Update (Mar. 25, 2020) | A00104 |
| 7 | Letter from Sen. Marco Rubio et al. to Steven Mnuchin & Jovita Carranza (Mar. 30, 2020) | A00140 |
| 8 | SBA, *Paycheck Protection Program (PPP) Information Sheet: Borrowers* (Mar. 31, 2020) | A00142 |
| 9 | SBA, *Paycheck Protection Program (PPP) Information Sheet: Lenders* (Mar. 31, 2020) | A00146 |
| 10 | SBA, Archived News Release 20-29, *With $349 Billion in Emergency Small Business Capital Cleared, SBA and Treasury Begin Unprecedented Public-Private Mobilization Effort to Distribute Funds* (Apr. 2, 2020) | A00148 |
| 11 | SBA Form 2484, *Paycheck Protection Program Lender Application Form* (effective Apr. 3, 2020) | A00153 |
| 12 | Email from A. Habib to C. Brooks (Apr. 4, 2020) | A00155 |
| 13 | SBA, Archived News Release 20-30, *SBA's Paycheck Protection Program for Small Businesses Affected by the Coronavirus Pandemic Launches* (Apr. 3, 2020) | A00157 |
| 14 | U.S. Dep't of Treasury & SBA, *Paycheck Protection Program Loans Frequently Asked Questions (FAQs)* (as of Apr. 6, 2020) (available at https://www.sba.gov/sites/default/files/2023-03/Final%20PPP%20FAQs.pdf) | A00161 |
| 15 | *Paycheck Protection Program Loans Frequently Asked Questions (FAQs)* (as of Apr. 7, 2020) | A00167 |
| 16 | Messages between S. Robinson and N. Goel (Apr. 8, 2020) | A00173 |
| 17 | Kabbage SBA Form 3507 (Apr. 9, 2020) | A00178 |

| 18 | Messages between S. Robinson and others (Apr. 12, 2020) | A00184 |
|---|---|---|
| 19 | Interim Final Rule, 13 C.F.R. Part 120, 85 Fed. Reg. 20811 (Apr. 15, 2020) | A00187 |
| 20 | *Paycheck Protection Program Loans Frequently Asked Questions (FAQs)* (as of Apr. 23, 2020) | A00194 |
| 21 | Texts between R. Frohwein, K. Petralia, and others (Apr. 24, 2020) | A00205 |
| 22 | William L. Painter et al., Cong. Rsch. Serv., R46325, *Fourth COVID-19 Relief Package (P.L. 116-139): In Brief* (Apr. 24, 2020) | A00234 |
| 23 | U.S. Dep't of Treasury, *Joint Statement by Treasury Secretary Steven T. Mnuchin and SBA Administrator Jovita Carranza on the Resumption of the Paycheck Protection Program* (Apr. 24, 2020) | A00244 |
| 24 | Email from N. Goel to S. Robinson (Apr. 28, 2020) | A00246 |
| 25 | Email from A. Habib to A. Kesarwani and others (Apr. 28, 2020) | A00251 |
| 26 | *Paycheck Protection Program Loans Frequently Asked Questions (FAQs)* (as of Apr. 29, 2020) | A00252 |
| 27 | Messages between A. Kesarwani and S. Shah (May 1, 2020) | A00265 |
| 28 | Email from A. Kesarwani to J. Sce (May 22, 2020) | A00283 |
| 29 | SBA Form 2483, *Paycheck Protection Program Borrower Application Form* (revised June 2020) | A00286 |
| 30 | Alvarez & Marsal, Paycheck Protection Program Assessment (June 11, 2020) | A00290 |
| 31 | Messages between B. Simpson, E. Blackburn, and others (July 16, 2020) | A00320 |
| 32 | Texts between R. Frohwein and S. Robinson (July 17, 2020) | A00325 |
| 33 | Texts between R. Frohwein, S. Robinson, and S. Taussig (July 23, 2020) | A00337 |
| 34 | Email from O. Bhambani to L. Chu (July 26, 2020) | A00342 |
| 35 | Kabbage United States of America Enterprise Bank Secrecy Act / Anti-Money Laundering and Office of Foreign Assets Control Policy (July 29, 2020) | A00346 |
| 36 | Email from R. Frohwein to N. Hagler and others (Aug. 4, 2020) | A00365 |
| 37 | Email from O. Bhambani to R. Frohwein, K. Petralia, and others (Aug. 10, 2020) | A00369 |
| 38 | Email from S. Askins to O. Bhambani (Aug. 11, 2020) | A00370 |
| 39 | Duff & Phelps, Solvency Analysis Related to Proposed Distribution (Aug. 11, 2020) | A00373 |
| 40 | *Paycheck Protection Program Loans Frequently Asked Questions (FAQs)* (as of Aug. 11, 2020) | A00394 |

| 41 | Email from S. Askins to O. Bhambani (Aug. 12, 2020) | A00412 |
|----|----|----|
| 42 | Agreement and Plan of Merger (Aug. 16, 2020) | A00418 |
| 43 | *COVID-19 Loans Lack Controls and Are Susceptible to Fraud*, Testimony Before the Subcommittee on Investigations, Oversight, and Regulations, Committee on Small Business, House of Representatives (Oct. 1, 2020) (statement of William B. Shear) (available at https://www.gao.gov/assets/gao-21-117t.pdf) | A00563 |
| 44 | Transition Services Agreement between Alpha Kabbage, Inc. and Kabbage, Inc. (Oct. 16, 2020) | A00580 |
| 45 | Interim Final Rule, 13 C.F.R. Part 12, 85 Fed. Reg. 66214 (Oct. 19, 2020) | A00636 |
| 46 | Letter Agreement, Amendment 2 to the Transition Services Agreement (Feb. 10, 2021) | A00640 |
| 47 | Press Release, U.S. Dep't of Just., *First-Ever False Claims Act Settlement Received From Paycheck Protection Program Lender* (Sep. 13, 2022) | A00663 |
| 48 | Letter from Beth Van Duyne as Chair of Subcommittee on Oversight, Investigations, and Regulations Committee on Small Business to the Honorable Isabella Casillas Guzman as Administrator of U.S. Small Business Administration (Apr. 19, 2023) (available at https://smallbusiness.house.gov/uploadedfiles/04.19.2023_-_letter_from_bvd_to_admin._guzman_re_covid_fraud_pdf.pdf) | A00667 |
| 49 | *Where Do We Go From Here? Examining A Path Forward to Assess Agencies' Efforts to Prevent Improper Payments and Fraud*, Hearing Before the Subcommittee on Government Operations and the Federal Workforce, Serial No. 118-128 (Sep. 10, 2024) (available at https://www.congress.gov/118/chrg/CHRG-118hhrg56884/CHRG-118hhrg56884.pdf) | A00669 |
| 50 | Order Granting Defendants' Joint Motion to Stay Discovery, *United States ex rel. Pietschner v. Petralia*, No. 4:21-CV-110 (E.D. Tex. Mar. 19, 2026), ECF No. 109 | A00720 |